**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 21-3606

---

Filed: December 14, 2021

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

1:13cr345 - 2
CAB

MACEO MOORE

Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 11/22/2021 the mandate for this case hereby issues today. Affirmed

COSTS: None